# EXHIBIT 2

# Loretta Griffin

| | |
|---|---|
| **From:** | Ron Hankins |
| **Sent:** | Wednesday, September 7, 2022 1:06 PM |
| **To:** | Kristen Mastrorilli |
| **Subject:** | RE: [EXTERNAL] Fwd:              Income Statement |

What are we still missing besides the proof of Payment from wife on this one?

**From:** Kristen Mastrorilli <kristen.mastrorilli@ozlending.com>
**Sent:** Tuesday, September 6, 2022 4:44 PM
**To:** Ron Hankins <ron.hankins@ozlending.com>
**Subject:** RE: [EXTERNAL] Fwd:              Income Statement

Gonzo lol

**Kristen Mastrorilli**
Sr. Loan Processor
OZ Lending

2805 Dallas Pky, Suite 150
Plano, TX 75093

D  214 389 0917
M
F  214 389 0924
OzLending.com



 

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately, or the system administrator (care@lower.com), by e-mail if you have received this e-mail by mistake and delete this e-

1

mail from your system. Lower, LLC DBA Oz Lending is an equal housing lender. Company NMLS ID #1124061. Phone: (888) 826 2710. nmlsconsumeraccess.org

**From:** Ron Hankins <ron.hankins@ozlending.com>
**Sent:** Tuesday, September 6, 2022 5:39 PM
**To:** Kristen Mastrorilli <kristen.mastrorilli@ozlending.com>
**Subject:** RE: [EXTERNAL] Fwd:                  Income Statement

delete

**Ron Hankins**
Sr. Loan Officer
OZ Lending
NMLS ID# 739759

2805 Dallas Pky, Suite 150
Plano, TX 75093

M  (469) 751-7695
F   (214) 389-0924

[ronhankins.com](http://ronhankins.com)





"There's no place like home"

 

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately, or the system administrator (care@lower.com), by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Lower, LLC DBA Oz Lending is an equal housing lender. Company NMLS ID #1124061. Phone: (888) 826 2710. nmlsconsumeraccess.org

**From:** Kristen Mastrorilli <kristen.mastrorilli@ozlending.com>
**Sent:** Tuesday, September 6, 2022 4:37 PM

2

**To:** Ron Hankins <ron.hankins@ozlending.com>
**Subject:** FW: [EXTERNAL] Fwd:                Income Statement

What you think? He is doing TSAHC


**Kristen Mastrorilli**

Sr. Loan Processor
OZ Lending

2805 Dallas Pky, Suite 150
Plano, TX 75093

D  214 389 0917
M
F  214 389 0924
OzLending.com



 

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately, or the system administrator (care@lower.com), by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Lower, LLC DBA Oz Lending is an equal housing lender. Company NMLS ID #1124061. Phone: (888) 826 2710. nmlsconsumeraccess.org

**From:**
**Sent:** Tuesday, September 6, 2022 5:28 PM
**To:** Ron Hankins <Ron.Hankins@ozlending.com>
**Cc:** Connor Reese <connor.reese@ozlending.com>;                Kristen Mastrorilli <kristen.mastrorilli@ozlending.com>
**Subject:** [EXTERNAL] Fwd:                Income Statement

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Good afternoon Mr. Ron,

3

Please see the attached document that is one of the requested information.

If you have any questions, please let me know.

Thank you,




---------- Forwarded message ---------
From:
Date: Tue, Sep 6, 2022, 15:56
Subject:                    Income Statement
To:


Hi,
Please check YTD income statement of                    and let us know if you need something else.
Thank you,

4