# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **LOWER, LLC** : | |
| : | Judge Amos L. Mazzant III |
| Plaintiff, : | |
| : | Case No. 4:23-cv-00685 |
| : | |
| v. : | |
| : | **PLAINTIFF LOWER, LLC'S NOTICE OF** |
| **AMCAP MORTGAGE, LTD.,** *et al.* : | **FILING AFFIDAVITS OF SERVICE OF** |
| : | **PROCESS** |
| Defendants. : | |
| : | |

Plaintiff Lower, LLC ("Lower"), through counsel, hereby gives notice that it has served the Summons, Complaint, and a copy of this Court's Order (Dkt. 41) on Defendants Kristen Mastrorilli and Ron Hankins, via electronic mail, through the services of a process server as Ordered by the Court (see Order, Dkt. 41). The Affidavit of Service showing service on Kristen Mastrorilli is attached as Exhibit A. The Affidavit of Service showing service on Ron Hankins is attached as Exhibit B.

By: */s/ Sanna-Rae Taylor*
**STEPHEN D. HENNINGER**
Texas Bar No. 00784256
shenninger@fhmbk.com
**JOHN F. ROEHM, III**
Texas Bar No. 17157500
jroehm@fhmbk.com
**FANNING HARPER MARTINSON**
**BRANDT & KUTCHIN**
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231
(214) 369-1300 (office)
(214) 987-9649 (telecopier)
**ATTORNEYS FOR PLAINTIFF LOWER, LLC**

**SANNA-RAE TAYLOR**
Ohio Bar No. 0091302

srtaylor@taftlaw.com
**ALEX E. WALLIN**
Ohio Bar No. 0091289
awallin@taftlaw.com
**JULIAN P. JOHNSON**
Ohio Bar No. 0101554
jjohnson@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
**ATTORNEYS FOR PLAINTIFF LOWER, LLC**

2

## CERTIFICATE OF SERVICE

      This is to certify that on December 15, 2023, I electronically filed the foregoing document with the clerk of the Court for the United States District Court, Eastern District of Texas, via the Court's electronic case management/case filing system (CM/ECF), and that it reported that it was delivered to and served upon all parties and/or counsel of record.

                                          */s/ Sanna-Rae Taylor*
                                          **SANNA-RAE TAYLOR**