IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

Sherman _____ DIVISION

LOWER, LLC

§

v.                                              §        CIVIL ACTION NO.  4:23cv685

AMCAP MORTGAGE, LTD., ET AL.

§


**MEDIATOR'S REPORT**


In accordance with the Court's Order, a mediation conference was held on 03/19/2024 .

The conference resulted in impasse _____ (settlement, impasse or will be continued).  All

parties and counsel were/were not present.  (List those persons who were not present).


Note from the Mediator (if any):


SIGNED this 20 day of March , 2,024 .

_____
Assigned Mediator