IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LOWER, LLC | § |
|     Plaintiff, | § |
| v. | §    CIVIL ACTION NO. 4:23-cv-00685 |
| | § |
| AMCAP MORTGAGE, LTD. | § |
| JASON OZMENT, RON HANKINS, | § |
| NATALIE BOYD and KRISTIN | § |
| MASTRORILLI | § |
|     Defendants. | § |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to an agreement reached with Lower, LLC, Defendant AmCap Mortgage, Ltd. hereby dismisses its counterclaim without prejudice asserted against Plaintiff Lower, LLC based upon a groundless and frivolous filing based on FRCP 11. By agreement of the parties, both parties will bear their own attorneys' fees and costs.

| | |
|---|---|
| /s/    Gary L. Pate | /s/    Sanna-Rae Taylor* |
| Gary L. Pate | Sanna-Rae Taylor (admitted PHV) |
| Tex. Bar # 24029763 | srtaylor@taftlaw.com |
| McGlinchey Stafford PLLC | Alex E. Wallin (Admitted PHV) |
| 1001 McKinney St, Suite 1500 | awallin@taftlaw.com |
| Houston, Texas 77002 | Julian P. Johnson (Admitted PHV) |
| Email: gpate@mcglinchey.com | jjohnson@taftlaw.com |
| Telephone: (281)755-8331 | Taft Stettinius & Hollister LLP |
| *Attorney for the Defendant* | 425 Walnut Street, Suite 1800 |
| | Cincinnati, Ohio 45202 |
| | |
| | Stephen D. Henninger |
| | Tex. Bar. No. 00784256 |
| | shenninger@fhmbk.com |
| | John F. Roehm, III |
| | Tex. Bar No. 17157500 |
| | jroehm@fhmbk.com |
| | Fanning Harper Martinson Brandt & Kutchin |
| | 8140 Walnut Hill Lane, Suite 200 |
| | Dallas, Texas 75231 |
| | |
| | *Attorneys for the Plaintiff* |
| | |
| | * Permission to sign given by Sanna-Rae Taylor to Gary Pate |

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties this June 26, 2024, via CM/ECF which will provide a copy to all parties on the Service List.

>
> */s/ Gary L. Pate*
> Gary L. Pate
> Texas Bar # 24029763
> McGlinchey Staffford PLLC
> 1001 McKinney St.
> Suite 1500
> Houston, Texas 77002
> gpate@mcglinchey.com
> Telephone: 281-755-8331
> *Attorney for the AmCap Mortgage, Ltd.*

25716653.1