IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

LOWER, LLC                          §
                                    §
        Plaintiff,                  §
                                    §
v.                                  §          CIVIL ACTION NO. 4:23-cv-00685
                                    §
AMCAP MORTGAGE, LTD.                §
JASON OZMENT, RON HANKINS,          §
NATALIE BOYD and KRISTIN            §
MASTRORILLI                         §
                                    §
        Defendants.                 §

**PARTIES' AGREED AND UNOPPOSED MOTION TO STAY AND ABATE ALL
DEADLINES IN THIS PROCEEDING PENDING THE OUTCOME OF ARBITRATION**

COME NOW Plaintiff Lower, LLC ("Lower") and Defendants AmCap Mortgage, Ltd.

("AmCap"), Jason Ozment ("Ozment"), Ron Hankins ("Hankins"), Natalie Boyd ("Boyd"), and

Kristen Mastrorilli ("Mastrorilli") (collectively, "Parties") and file this Agreed and Unopposed

Motion to Stay and Abate All Deadlines in the Federal Proceeding Pending the Outcome of

Arbitration.  In support of this Agreed Motion, Parties would respectfully show as follows:

**PARTIES' AGREEMENT TO ARBITRATE ALL CLAIMS
(EXCEPT INJUNCTIVE RELIEF)**

The Parties have reached an agreement based upon judicial economy and efficiency to

litigate all pending claims pending before this Court in the JAMS Arbitration (JAMS Arbitration

No. 5310000553, Sole Arbitrator Lizbeth Bulmash presiding) with the exception of Plaintiff's

claim for injunctive relief.  This includes Plaintiff's claims against Natalie Boyd who has a pending

Motion to Compel Arbitration.[1]  Based on the fact that all Parties are willing to arbitrate all causes

---

[1] On June 26, 2024, Plaintiff Lower, LLC filed its response to Natalie Boyd's Motion to Compel Arbitration [Dkt.
no. 86] contending over its objections that it will for purposes of economy and efficiency arbitrate its claims against
Natalie Boyd.

1

25753686.1

of action asserted in this federal proceeding with the exception of injunctive relief, the Parties respectfully request that this Court stay and abate all causes of actions and all deadlines in this federal proceeding pending the outcome of the JAMS Arbitration.

**ARGUMENTS & AUTHORITIES**

The Federal Arbitration Act provides as follows:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.

9 U.S.C. §3.

Based upon the agreement of all Parties to this federal lawsuit to arbitrate all claims with the exception of Plaintiff's claim for injunctive relief pending before this Court in the pending JAMS Arbitration, the Parties respectfully request that this Court stay and abate all claims and deadlines in this case pending the outcome of the JAMS Arbitration.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court stay and abate this federal proceeding pending the outcome of the JAMS Arbitration and for any further relief that Parties may show themselves justly entitled to receive.

2

25753686.1

Respectfully submitted,

**MCGLINCHEY STAFFORD PLLC**

 /s/ Gary L. Pate

Gary L. Pate
Texas Bar No. 24029763
1001 McKinney, Suite 1500
Houston, Texas 77002
281-755-8331
gpate@mcglinchey.com
***Attorney-In-Charge for Defendant Amcap
Mortgage, Ltd. and Defendants Kristen
Mastrorilli and Ron Hankins***

OF COUNSEL:
Marilyn S. Cayce
Texas Bar No. 17705500
McGlinchey Stafford PLLC
1001 McKinney St., Suite 1500
Houston, Texas 77002
713-335-2122
mcayce@mcglinchey.com

**COUNSEL FOR AMCAP MORTGAGE,
LTD., KRISTEN MASTRORILLI AND
RON HANKINS**

**AGREED:**

/s/ Sanna-Rae Taylor*
Sanna-Rae Taylor (admitted PHV)
srtaylor@taftlaw.com
Alex E. Wallin (Admitted PHV)
awallin@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202

Stephen D. Henninger
Tex. Bar. No. 00784256
shenninger@fhmbk.com
John F. Roehm, III
Tex. Bar No. 17157500
jroehm@fhmbk.com
Fanning Harper Martinson Brandt &

3

Kutchin
8140 Walnut Hill Lane, Suite 200
Dallas, Texas 75231

**ATTORNEYS FOR THE PLAINTIFF**

**BLACKWELL, BLACKBURN,
HERRING & SINGER, LLP**

*/s/ Robert Blackwell\**_____
Robert Blackwell  *Lead Attorney*
Texas Bar No. 24001744
Lindsey Reinhardt
Texas Bar No. 24070485
7557 Rambler Road, Suite 1450
Dallas, Texas 75231
Telephone:  (214) 442-9602
Facsimile:  (214) 442-9621
Email: bblackwell@bbhsllp.com
Email: lreinhardt@bbhsllp.com

**COUNSEL FOR JASON OZMENT**

**WARD WHITE PLLC**

*/s/ Daniel L. White\**_____
Daniel L. White (Attorney-in-Charge)
Texas Bar No. 24090588

114 ½ E. Louisiana Street, Ste. 206
McKinney, TX 75069
Tel:  (469) 941-0040
Fax:  (866) 352-0751
dwhite@wardwhitepllc.com

*Of Counsel:*
Reshaun M. Finkley
Texas Bar No. 24100086
**TOWNSEND & LOCKETT, PLLC**
3131 McKinney Avenue
Suite 600

4

25753686.1

Dallas, Texas 75204
(214) 790-7413 (direct dial)
(469) 359-6739 (facsimile)
reshaun.finkley@townsendlockett.com

**COUNSEL FOR NATALIE BOYD**

*Gary Pate was given permission to sign.

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 2, 2024, I, Gary L. Pate, conferred with all counsel of record in this case about this Agreed Motion.  As evidence by the signatures of counsel, all counsel is in agreement and unopposed to the filing of this motion

*/s/ Gary L. Pate*
Gary L. Pate

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2024, a true and correct copy of the foregoing instrument was served on all counsel of record via ECF service.

*/s/ Gary L. Pate*
Gary L. Pate

5

25753686.1